

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

No. 08-25-00233-CV

In re Guardianship of Eveyln Ramirez, an Incapacitated Person

## AN ORIGINAL PROCEEDING IN MANDAMUS

## J U D G M E N T

The Court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Eduardo Gamboa of Probate Court No. 2 of El Paso County, Texas and concludes that Relator's petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus in accordance with the opinion of this Court.

IT IS SO ORDERED this 16th day of January 2026.


LISA J. SOTO, Justice

Before Salas Mendoza, C.J., Palafox, and Soto, JJ.